IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**EMERALD SURF CONDOMINIUM**
**OWNERS' ASS'N, INC.,**
    **Plaintiff,**

v.   Case No. 3:08cv101/WS/MD

**LANDMARK AMERICAN**
**INSURANCE COMPANY,**
    **Defendant.**

_____

**REPORT AND RECOMMENDATION**

    This matter was referred to the undersigned for a recommendation on attorney fees after plaintiff's motion to remand was granted. The court has now been informed that the parties have settled all their claims, including attorney fees in this court (docs. 56, 57). Therefore, no further action is necessary.

    Accordingly, it is respectfully RECOMMENDED that the court enter final judgment in favor of plaintiff with the parties to bear their respective costs.

    At Pensacola, Florida, this 12th day of November, 2008.

                                 /s/ *Miles Davis*
                                 MILES DAVIS
                                 UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**